IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, | |
|     Plaintiff, | 1:19cv0228 Erie |
| | LEAD CASE |
|     v. | |
| EVERYTHING KITCHENS LLC, | |
|     Defendant | |

| | |
|---|---|
| THOMAS KLAUS and | |
| RONALD KOLESAR, | |
|     Plaintiffs, | 1:19cv229 Erie |
| | CONSOLIDATED CASE |
|     v. | |
| COLORFAST INC., | |
|     Defendant. | |

| | |
|---|---|
| THOMAS KLAUS *and* RONALD C. | |
| KOLESAR, | |
| | 1:19cv0234 Erie |
|     Plaintiffs, | CONSOLIDATED CASE |
|     v. | |
| BRITAX CHILD SAFETY, INC., | |
|     Defendant. | |

THOMAS KLAUS *and* RONALD C. KOLESAR,

    Plaintiffs,

v.

DESIGN WITHIN REACH, INC.,

    Defendant.

1:19cv0236 Erie
CONSOLIDATED CASE

---

RONALD C. KOLESAR,

    Plaintiff,

v.

COLLECTIBLES TODAY NETWORK, LTD,

    Defendant.

1:19cv0237 Erie
CONSOLIDATED CASE

---

RONALD C. KOLESAR,

    Plaintiff,

v.

NABFLY, INC.,

    Defendant.

1:19cv0241 Erie
CONSOLIDATED CASE

---

RONALD C. KOLESAR,

    Plaintiff,

v.

FRAGRANCEX..COM INC.,

    Defendant.

1:19cv0242 Erie
CONSOLIDATED CASE

RONALD C. KOLESAR,

        Plaintiff,

                v.

PLOW & HEARTH, LLC,

        Defendant.

1:19cv0249 Erie
CONSOLIDATED CASE

---

RONALD C. KOLESAR,

        Plaintiff,

                v.

LUXURY BRAND HOLDINGS, INC.,

        Defendant.

1:19cv0251 Erie
CONSOLIDATED CASE

---

RONALD C. KOLESAR,

        Plaintiff,

                v.

THRIFT BOOKSS GLOBAL, LLC.,

        Defendant.

1:19cv0254 Erie
CONSOLIDATED CASE

---

ROBERT JAHODA,

        Plaintiff,

                v.

EVITAMINS, LLC.,

        Defendant.

19cv1014
CONSOLIDATED CASE

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 19cv1034<br>CONSOLIDATED CASE |
| v. | |
| PRETTYLITTLETHING.COM USA, INC.,<br>PRETTYLITTLETHING.COM LTD, | |
| Defendants. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 19cv1043<br>CONSOLIDATED CASE |
| v. | |
| ANGARA, INC., | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 19cv1050<br>CONSOLIDATED CASE |
| v. | |
| YVES ROCHER (USA), INC., | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 19cv1062<br>CONSOLIDATED CASE |
| v. | |
| BLACK DIAMOND EQUIPMENT, LTD., | |
| Defendant. | |

THOMAS KLAUS, ROBERT JAHODA,

        Plaintiffs,                              19cv1064
                                                      CONSOLIDATED CASE

            v.

STOKKE, L.L.C.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                               19cv1068
                                                     CONSOLIDATED CASE

            v.

NORMARK CORPORATION *doing business as* RAPALA USA,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                               19cv1082
                                                     CONSOLIDATED CASE

            v.

NORDIC WARE, INC.,

        Defendant.

---

THOMAS KLAUS, ROBERT JAHODA,

        Plaintiff,                               19cv1084
                                                     CONSOLIDATED CASE

            v.

E&E CO., LTD,

        Defendant.

THOMAS KLAUS, ROBERT JAHODA,

        Plaintiffs,                        19cv1903
                                              CONSOLIDATED CASE

                v.

BOP LLC,

        Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos., 19-229 Erie, 19-234 Erie, 19-236 Erie, 19-237 Erie, 19-241 Erie, 19-242 Erie, 19-249 Erie, 19-251 Erie, 19-254 Erie, 19-1014, 19-1034, 19-1043, 19-1050, 19-1062, 19-1064, 19-1068, 19-1082, 19-1084, and 19-1093, are hereby consolidated with Civil Action No. 19-228 Erie, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 19-228 Erie.

3. The Clerk of Court shall close Civil Action Nos., 19-229 Erie, 19-234 Erie, 19-236 Erie, 19-237 Erie, 19-241 Erie, 19-242 Erie, 19-249 Erie, 19-251 Erie, 19-254 Erie, 19-1014, 19-1034, 19-1043, 19-1050, 19-1062, 19-1064, 19-1068, 19-1082, 19-1084, and 19-1093.

                                      **SO ORDERED** this 4th day of September, 2019.

                                      s/Arthur J. Schwab
                                      Arthur J. Schwab
                                      United States District Judge